## KOTIN, CRABTREE & STRONG, LLP

ATTORNEYS AT LAW
ONE BOWDOIN SQUARE
BOSTON, MASSACHUSETTS 02114-2925

TELEPHONE (617) 227-7031

FACSIMILE (617) 367-2988

EMAIL KCS@KCSLEGAL.COM

WWW.KCSLEGAL.COM

LAWRENCE KOTIN
ROBERT K. CRABTREE
WILLIAM S. STRONG*
DOLPH J. VANDERPOL
ABBOTT L. REICHLIN
ANNE L. JOSEPHSON
JOSEPH B. GREEN
MARIE F. MERCIER
ELIZABETH J. BAILEY
NICHOLAS M. KELLEY
RENÉ D. VARRIN
SHAREN LITWIN
EILEEN M. HAGERTY
DANIEL T.S. HEFFERNAN

*ALSO ADMITTED IN NH

AMY H. WEINSTEIN
LAUREL H. SIEGEL
SHERRY L. RUSCHIONI
AMY C. MAINELLI**

**ALSO ADMITTED IN RI

June 30, 2005

BY HAND DELIVERY

*05-10259-MBD*

Clerk - Civil
United States District Court
One Courthouse Way
Boston, MA 02110

Re:   Lycos, Inc.

Dear Sir or Madam:

I am writing to request the issuance of a subpoena to the following internet service provider, to compel disclosure of information sufficient to identify an alleged copyright infringer in accordance with 17 U.S.C. §512 (h):

Lycos, Inc.
100 Fifth Avenue
Waltham, MA 02451

Enclosed please find a copy of the notification sent to the service provider in accordance with 17 U.S.C. §512 (c)(3)(A), a proposed subpoena with attached Exhibit A and a check for the fee.

I hereby swear under penalties of perjury that the purpose for which the subpoena is being sought is solely to obtain the identity of an alleged copyright infringer and such information will only be used for the purpose of protecting my clients' copyrights.

Thank you for your assistance. If you have any questions, please call me.

Clerk - Civil
United States District Court
June 30, 2005
Page 2 of 2

Yours sincerely,

*Amy C. Mainelli* (signature)

Amy C. Mainelli

Enclosures
cc:    E. Leonard Rubin
       William S. Strong, Esq.